```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09406
    OMAR I CASTRO
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4864

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/24/2007 and was confirmed 09/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS             CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                    PAID           PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING CORP      CURRENT MORTG            .00              .00            .00
HOMEQ SERVICING CORP      UNSEC W/INTER      NOT FILED              .00            .00
ALLIED INTERSTATE         UNSEC W/INTER      NOT FILED              .00            .00
HARRIS                    UNSEC W/INTER      NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      NOT FILED              .00            .00
HOMEQ SERVICING CORP      MORTGAGE ARRE           .00               .00            .00
HOMEQ SERVICING CORP      NOTICE ONLY       NOT FILED               .00            .00
PORTFOLIO RECOVERY ASSOC  SECURED NOT I     15644.47                .00            .00
CITI AUTO                 UNSEC W/INTER     NOT FILED               .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY        2,523.00                          2,189.74
TOM VAUGHN                TRUSTEE                                                149.73
DEBTOR REFUND             REFUND                                                   .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,339.47

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,189.74
TRUSTEE COMPENSATION                               149.73
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                  2,339.47                 2,339.47
```

            PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09406 OMAR I CASTRO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 05/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 09406 OMAR I CASTRO